RECEIVED
May 16, 2013
MAY 1 6 2013
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GREGORY SCOTT WILSON )
Plaintiff, )
)  13 C 3656
vs. )  Judge Rebecca R. Pallmeyer
)  Magistrate Judge Jeffrey Cole
SALEH OBAISI, )  (jury demand)
LATONYA WILLIAMS, )
I. CARTER, )
Defendants. )

## COMPLAINT

Plaintiff, pro-se, alleges as follows:

1. This is a civil action arising under 42 U.S.C. 1983; the jurisdiction of this court is conferred by 28 U.S.C. 1343.

2. Plaintiff Gregory Scott Wilson is a resident of the Northern District of Illinois.

3. Defendant Saleh Obaisi is the Medical Director at the Stateville Correctional Center. Plaintiff sues Obaisi in his individual capacity.

4. Defendant Latonya Williams is a physicians assistant at the Stateville Correctional Center. Plaintiff sues Williams in her individual capacity.

5. Defendant I. Carter was the Medical Director at the Stateville Correctional Center until May 13th, 2012. Plaintiff sues Carter in his individual capacity.

6. Plaintiff entered the Illinois Department of Corrections in 1999. Plaintiff has developed a HERNIA and has been denied treatment.

7. Plaintiff has made several requests to the Health Care Unit (HCU) at Stateville to receive help for his condition.

8. In January 2012, plaintiff while at the HCU in an appointment with defendant Carter, plaintiff attempted to address the issue of his hernia and defendant refused to hear complaint.

9. Again, in 2012, plaintiff had seen defendant Williams at the HCU and plaintiff addressed the issue again. Defendant Williams informed plaintiff if the hernia retracks, it's OK.., and nothing was done.

10. In January 2013, plaintiff while at the HCU in an appointment with defendant Obaisi, plaintiff attempted to address the issue of his hernia, and defendant informed plaintiff to submit a request to be heard on that matter. Defendant commented to plaintiff that: "plaintiff must be special".

11. Plaintiff has submitted requests to be seen because of the extreme pain that the plaintiff now endures. The hernia is and has gotten worse by not only the pain but, the hernia has torn and protrudes more. Plaintiff suffers from abdominal pain.

12. Plaintiff has exhausted his state grievances.

13. The actions of defendants Obaisi, Williams, and Carter in barring plaintiff from obtaining medical treatment for his hernia have subjected plaintiff to a cruel and unusual punishment, contrary to rights secured by the Eighth Amendment to the Constitution of the United States.

14. Plaintiff hereby demands trial by jury.

WHEREFORE, plaintiff requests that judgement be entered against defendants Obaisi, Williams, and Carter in an amount in excess of one hundred thousand dollars, and that the Court grant whatsoever other legal and equitable relief as may be appropriate.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 10 DAY OF May, 2013

/s/ Gregory Scott Wilson
Reg.#B-29111
PO Box 112
JOLIET, IL. 60434

NOTARY PUBLIC

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission Expires Jan 20, 2015

## CERTIFICATE OF SERVICE

I, <u>GREGORY SCOTT WILSON</u>, swear under penalty of perjury that I served a copy of the attached documents on <u>CHARYSH & SCHREDER, LTD., 33 North Dearborn Street, Suite 1300, Chicago, Illinois 60602</u>, counsel for defendant's, by placing it in the mail at the Stateville Correctional Center on _____.

/s/ Gregory Scott Wilson
Reg.#B-29111
PO Box 112
Joliet, Il. 60434

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 10th DAY OF May, 2013.

NOTARY PUBLIC

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Comm. ... 2015